IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CEDRICK MONTORRIS SALLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 322-024 |
| | ) |
| COMMISSIONER MR. TIM WARD; DIRECTOR MR. SHEPPARD; WARDEN MR. JERMAINE WHITE; MR. JACOB BEASLEY, Deputy Warden Security; MRS. VERONICA STEWART, Deputy Warden Security; CERT OFFICER GARNER; and GEORGIA DEPARTMENT OF CORRECTIONS, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants Ward, Beasley, White, Stewart, Sheppard, and the Georgia Department of Corrections for failure to state a claim upon which relief may be granted. The case shall proceed against Defendant Garner as described in the Magistrate Judge's June 13, 2022 Order. (Doc. no. 11.)

SO ORDERED this 9th day of August, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE