IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CEDRICK MONTORRIS SALLEY, | * | |
| Plaintiff, | * | |
| v. | * | CV 322-024 |
| CERT OFFICER GARNER, | * | |
| Defendant. | * | |

ORDER

On May 8, 2023, the Court ordered Plaintiff Cedrick Montorris Salley to file notice of his intent to take the case to a jury trial within ten (10) days or risk dismissal of the case. Plaintiff has filed nothing. In fact, Plaintiff has not filed a document in the case for nearly a year. Because Plaintiff has failed to respond, and pursuant to the Court's inherent authority to dismiss claims for lack of prosecution, see Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962), the case is hereby **DISMISSED**. The Clerk is directed to **TERMINATE** all pending motions and deadlines and **CLOSE** the case. The Clerk is further directed to serve a copy of this Order upon Plaintiff at the Telfair State Prison and the Macon State Prison.

**ORDER ENTERED** at Augusta, Georgia, this 22 day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE